### January 9, 1973

No. 26,527 United States v. Ronald Rivas, SP4, U. S. Army (CM 428390).

On consideration of the Petition for Grant of Review filed in the above-entitled matter it appearing that the Court of Military Review has not reviewed the case within the meaning of Article 67(b)(3), Uniform Code of Military Justice, 10 U.S.C. § 867(b)(3), it is, by the Court, this 9th day of January 1973,

ORDERED that said Petition be, and the same hereby is, dismissed. United States v. Best, 4 U.S.C.M.A. 581, 16 C.M.R. 155 (1954).

### January 22, 1973

No. 26,539 United States v. Charles D. Franks, SP4, U. S. Army (SPCM 7158).

On consideration of the "Motion for Leave to File Motion to File Letter as Petition" and of the "Petition for Grant of Review and Brief in Support of Petition for Grant of Review," filed in the above-entitled case, it appearing that each was initiated subsequent to the expiration of the thirty day period established by Article 67(c), Uniform Code of Military Justice, 10 USC 867(c), it is, by the Court, this 22d day of January 1973,

ORDERED:

1. That said "Motion for Leave to File Motion to File Letter as Petition" be, and the same hereby is, denied.

2. That said "Petition for Grant of Review and Brief in Support of Petition for Grant of Review" be, and the same hereby is, dismissed.

### March 6, 1973

No. 73-4 Randy A. Ketchum, LCPL, U. S. Marine Corps v. United States.

On consideration of the Petition for Extraordinary Relief and of the Government Reply to Order to Show Cause filed in the above-entitled action, it appearing that pursuant to the decision of the United States Navy Court of Military Review dated November 21, 1972, a new Staff Judge Advocate Review and further action by an appropriate convening authority have been accomplished, and it further appearing that the latter has approved a sentence of confinement at hard labor for three months, partial forfeitures for a like period and reduction in grade—which action is not subject to further review by the Court of Military Review, it is, by the Court, this 6th day of March 1973,

ORDERED that said petition be, and the same hereby, is dismissed. Article 65(c), Uniform Code of Military Justice, 10 USC § 865(c); United States v. Papciak, 7 U.S.C.M.A. 224, 22 C.M.R. 14 (1956).